UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Mag. No. 22-9135 (CLW) |
| vs. | ORDER FOR CONTINUANCE |
| RICHARD B. HELENA SILVERIO | |

This matter having come before the Court on the joint application of the United States, by Philip R. Sellinger, United States Attorney for the District of New Jersey (Barry O'Connell, Assistant U.S. Attorney, appearing), and Defendant Richard B. Helena Silverio (Patrick McMahon, Esq., appearing), for an order granting a continuance of proceedings in the above-captioned matter; and the defendant being aware that he has the right to have the matter submitted to a grand jury within 30 days of the date of his arrest pursuant to Title 18 of the United States Code, Section 3161(b); the defendant having consented to such continuance and having waived such right; four prior continuances having been entered upon application of the parties; and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are currently in progress, and both the Government and the defendant seek additional time to achieve successful resolution of those negotiations, which would render trial of this matter unnecessary, and to allow consideration by the court of a proposed plea

agreement entered into by the defendant and the Government;

2. The failure to grant a continuance would deny counsel for the defendant and counsel for the Government the reasonable time necessary for effective preparation for trial, taking into account the exercise of due diligence.

2. As a result of the foregoing, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS, therefore, on this __ day of December, 2022,

ORDERED that this action be, and hereby is, continued until February 8, 2023; and it is further

ORDERED that the period from the date of this order through February 8, 2023 be and it hereby is excluded in computing time under the Speedy Trial Act of 1974, 18 U.S.C. § 3161 *et seq.*

                               s/Cathy L. Waldor 12/8/22
                               Honorable Cathy L. Waldor
                               United States Magistrate Judge

Consented to as to form and entry:

Barry O'Connell
Assistant U.S. Attorney


/s/ Francesca Liquori

Francesca Liquori
Chief, OCDETF/Narcotics Unit

_____
Patrick McMahon, Esq.
Counsel for defendant Richard B. Helena Silverio